**No. 11-315. Mahmood Yoonessi, Petitioner v. Randy Ratajczak, et al.**

565 U.S. 1035, 132 S. Ct. 581, 181 L. Ed. 2d 423, 2011 U.S. LEXIS 8188, ▮

▮

November 14, 2011. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 15 N.Y.3d 913, 913 N.Y.S.2d 126, 939 N.E.2d 144.

**No. 11-322. Cheryl Gray and Gregory Gray, Petitioners v. Corona Construction, et al.**

565 U.S. 1035, 132 S. Ct. 583, 181 L. Ed. 2d 423, 2011 U.S. LEXIS 8150.

November 14, 2011. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 11-324. Johanna Ong, Petitioner v. New Jersey.**

565 U.S. 1035, 132 S. Ct. 584, 181 L. Ed. 2d 423, 2011 U.S. LEXIS 8203.

November 14, 2011. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division denied.

**No. 11-327. Malcolm McFall Babb, Petitioner v. James B. Angell.**

565 U.S. 1035, 132 S. Ct. 584, 181 L. Ed. 2d 423, 2011 U.S. LEXIS 8099.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 423 Fed. Appx. 349.

**No. 11-344. Cristobal Calix, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 1035, 132 S. Ct. 588, 181 L. Ed. 2d 423, 2011 U.S. LEXIS 8232.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 423 Fed. Appx. 240.

**No. 11-356. Lufkin Industries, Inc., Petitioner v. Sylvester McClain, Individually and on Behalf of All Others Similarly Situated, et al.**

565 U.S. 1036, 132 S. Ct. 589, 181 L. Ed. 2d 423, 2011 U.S. LEXIS 8265.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 649 F.3d 374.

**No. 11-365. Svetlana Karpeeva, et al., Petitioners v. Department of Homeland Security Citizenship and Immigration Services, et al.**

565 U.S. 1036, 132 S. Ct. 590, 181 L. Ed. 2d 423, 2011 U.S. LEXIS 8190.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 432 Fed. Appx. 919.

**No. 11-367. Donald Davidson, Petitioner v. P. L. Vasquez, Warden.**

565 U.S. 1036, 132 S. Ct. 589, 181 L. Ed. 2d 423, 2011 U.S. LEXIS 8141.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 431 Fed. Appx. 607.